SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900

FILED

JUN 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION ) 2:13-SW-0418   DAD
OF THE UNITED STATES )
OF AMERICA FOR AUTHORIZATION TO ) NO. 2:13-SW-
OBTAIN LOCATION DATA CONCERNING )
CELLULAR TELEPHONES ASSIGNED ) SEALING ORDER
TELEPHONE NUMBER: (209) 870-9764 )
)
)
)
)
)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: 6/15/13                    _____
                                  HONORABLE DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

1